IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON WILBERT JOHNSON,

    Petitioner,                      No. CIV S-09-2108 JAM EFB P

    vs.

FRANCISCO JACQUEZ,

    Respondent.                <u>ORDER</u>

                                /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 8, 2011, the court ordered petitioner to file his state court petition within 45 days. Dckt. No. 34.

      Accordingly, it is hereby ORDERED that, within 30 days of the date of this order, plaintiff shall file a statement of compliance with this court's June 8 order. Failure to comply with this order may result in a recommendation that petitioner's unexhausted claims be dismissed.

Dated: November 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE